UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTTSDALE INSURANCE COMPANY,

        Plaintiff,

    v.                                    Case No. 8:15-cv-1129-T-23EAJ

PHYSICIANS GROUP LLC,
PHYSICIANS GROUP OF SARASOTA LLC,
GARY KOMPOTHECRAS, and
DAVID BALOT,

        Defendants.
_____/

## NOTICE OF PENDENCY OF RELATED ACTION

       Plaintiff Scottsdale Insurance Company ("Scottsdale"), in accordance with Local Rule 1.04(c), hereby gives notice of the pendency of a related action: State Farm Mutual Automobile Insurance Company, et al. v. Physicians Group of Sarasota LLC, et al., Case No. 8:13-cv-1932-17-TWG (the "Related Action").  The instant case is a declaratory judgment action in which Scottsdale seeks a declaration that (i) Scottsdale has no obligation to pay certain defense expenses that defendants in the Related Action incurred after a certain date, when they purportedly rejected the defense that Scottsdale provided; and (ii) the defendants in the Related Action are not entitled to coverage under a certain insurance policy for the Related Action.

       Undersigned counsel hereby certifies that it will serve a copy of this NOTICE OF PENDENCY OF RELATED ACTIONupon each party nolater than eleven days after appearance of the party.

Dated:  June 10, 2015

/s/_Gregg J. Breitbart_____
Gregg J. Breitbart(FL Bar No. 843415)
gbreitbart@kdvlaw.com
Matthew H. Ginder (FL Bar No. 0068840)
mginder@kdvlaw.com
KAUFMAN DOLOWICH & VOLUCK, LLP
2255 Glades Road, Suite 300E
Boca Raton, Florida  33431
(561) 910-5650 (telephone)
(888) 464-7982 (facsimile)
*Counsel for Plaintiff*
*ScottsdaleInsurance Company*

Keith A. Little (*pro hac vice to be filed*)
Sabrina Haurin (*pro hac vice to be filed*)
BAILEY CAVALIERI LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Telephone: 614-221-3155
Facsimile: 614-221-0479
keith.little@baileycavalieri.com
sabrina.haurin@baileycavalieri.com
*Counsel for Plaintiff*
*Scottsdale Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2015, I electronically filed the foregoing with the

Clerk of the Courts by using the CM/ECF system, which will send a notice of electronic filing to

counsel of record appearing in this matter as of that date via the ECF system.

s/Gregg J. Breitbart_____
Gregg J. Breitbart

2