UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SCOTTSDALE INSURANCE COMPANY,**

    Plaintiff,

v.                                          Case No: 8:15-cv-1129-T-23AAS

**PHYSICIANS GROUP LLC,** *et al.,*

    Defendants.
_____/

## ORDER

This matter is before the Court on the Parties' Joint Motion to Seal Pursuant to Stipulated Protective Order (Doc. 68). Pursuant to Rule 1.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, Plaintiff Scottsdale Insurance Company and Defendants Physicians Group, LLC, Physicians Group of Sarasota LLC, Gary Kompothecras, and David Balot move for leave to file Plaintiff's forthcoming Motion for Partial Summary Judgment under seal.

Local Rule 1.09 permits a paper to be filed under seal if the moving party provides: (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.

Here, under the terms of the Stipulated Protective Order entered by the Court on November 24, 2015 (Doc. 43), certain information contained in Plaintiff's Partial Motion for Summary

Judgment is designated "confidential."[1] (Doc. 68, p. 3). Therefore, the parties seek leave to file an unredacted version of Plaintiff's Motion for Partial Summary Judgment under seal and to publicly file a redacted version. (*Id.*). The Court finds that the parties have satisfied the requirements of Local Rule 1.09 and there is a compelling interest in protecting the information and the sealing of this document is narrowly tailored to that interest. *See Brown v. Advantage Engineering, Inc.,* 960 F.2d 1013, 1016 (11th Cir. 1992) (citing *Wilson v. American Motors Corp.,* 759 F.2d 1568, 1571 (11th Cir. 1985)).

Accordingly, after due consideration, it is

**ORDERED**:

The Parties' Joint Motion to Seal Pursuant to Stipulated Protective Order (Doc. 68) is **GRANTED**. Pursuant to the Protective Order (Doc. 43) and Local Rule 2.09(c), the Confidential Information shall be sealed for one year and the parties may later seek to extend the duration of time. In addition, the parties are permitted to file a motion asking the Court to remove the Confidential Information at the close of the case. Counsel shall contact the Clerk to make further arrangements.

**DONE and ORDERED** in Tampa, Florida on this 5th day of August, 2016.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] Specifically, in Plaintiff's Motion for Partial Summary Judgment, it will be necessary for Plaintiff to attach a copy of and refer to information related to a settlement agreement entered into in the case State Farm Mutual Automobile Insurance Company filed against Defendants and others in a separate action. Defendants designated the settlement agreement, the information contained therein, and all testimony related thereto as "Confidential" under the Stipulated Protective Order (Doc. 43).