UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTTSDALE INSURANCE
COMPANY,

Plaintiff,

v. CASE NO.: 8:15-cv-1129-T-23AAS

PHYSICIANS GROUP LLC, et al.,

Defendants.
______________________________________/

**ORDER**

In accord with the parties' stipulation (Doc. 92), this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on February 28, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE